IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH,

NORTHERN DIVISION

| | |
|---|---|
| ANDREW L., CHRISTINE W., and BENJAMIN L., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED HEALTHCARE INSURANCE COMPANY, and UNITED BEHAVIORAL HEALTH, <br><br> Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Case No. 1:15-cv-00121-RJS-EJF <br><br> Judge Robert J. Shelby <br><br> Magistrate Judge Evelyn J. Furse |

The Parties have filed a Stipulation for Dismissal with Prejudice. (Dkt. 17.) Good cause appearing, the motion is GRANTED. The action is dismissed with prejudice. Each Party shall bear its own costs and attorney fees.

The Clerk of Court is directed to close the case.

SO ORDERED this 20th day of September, 2016.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge